IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY KENNETH LEE, #184070, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 2:20-cv-370-ECM |
| | )                      (WO) |
| SGT. JOHNSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **OPINION and ORDER**

On June 4, 2020, the Magistrate Judge entered a Recommendation (doc. 3) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that as follows:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the motion to proceed *in forma pauperis* (doc. 2) is DENIED;

3. this case is DISMISSED without prejudice for the Plaintiff's failure to pay the requisite filing and administrative fees upon initiation of this case.

A separate Final Judgment will be entered.

Done this 14th day of July, 2020.

                                            /s/ Emily C. Marks
                                     EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE